No. 90–1007. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. *v.* SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO (WALTERS, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–1009. BAGG ET AL. *v.* NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 90–1016. CONSOLIDATED CITY OF JACKSONVILLE, DUVAL COUNTY, FLORIDA *v.* NASH. C. A. 11th Cir. Certiorari denied.

No. 90–1017. BASIN ELECTRIC POWER COOPERATIVE *v.* CRUM & FORSTER MANAGERS CORPORATION OF NEW YORK, DBA INTERNATIONAL INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 90–1018. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS OF CALIFORNIA, INC., ET AL. *v.* BOARD OF EQUALIZATION OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–1021. SUGAR ET AL. *v.* DIAMOND MORTGAGE CORPORATION OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–1022. CONNECTICUT *v.* HOPE. Sup. Ct. Conn. Certiorari denied.

No. 90–1023. KUNTZ *v.* SOCIETY BANK, N. A. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 90–1024. VIDAKOVICH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–1026. EVONUK *v.* OREGON. C. A. 9th Cir. Certiorari denied.

No. 90–1030. KOZEL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–1031. HALLER *v.* BORROR ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1033. BRADLEY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.